210 So.2d 508

## PRINGLE–ASSOCIATED MORTGAGE CORPORATION

v.

### Ernest R. EANES, Jr., et al.

#### No. 49234.

June 4, 1968.

In re: J. R. McFarland d/b/a United Masonry Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 208 So.2d 346.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

210 So.2d 508

### Henry J. ESCHMANN and Louise M. Burdine, wife of Henry Eschmann

v.

### R. Kirk MOYER et al.

#### No. 49244.

June 4, 1968.

In re: R. Kirk Moyer and American Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 208 So. 2d 405.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.